UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON DUNLOP, and ADAM BUDD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYHEALTH MEDICAL CENTER, INC.,<br><br>Defendant. | No. 1:24-cv-00946 GBW<br><br>Stipulation to Extend Time to Respond to Amended Complaint |

## STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

Defendant, Bayhealth Medical Center, Inc., and Plaintiffs, Sally Cannon Dunlop and Adam Budd, individually and on behalf of all other similarly situated, by and through their undersigned counsel, hereby stipulate and agree to extend the time in which Defendant may file a response to Plaintiffs' Amended Complaint by forty-five (45) days. Accordingly, Defendant shall file its Response to Plaintiff's Amended Complaint on or before October 11, 2024.

Dated: September 4, 2024

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*/s/ Patrick M. Brannigan*
PATRICK M. BRANNIGAN (#4778)
PAUL S. SEWARD (#6381)
222 Delaware Avenue, Suite 700
Wilmington, DE 19801
Tele: (302) 574-7406

Paulyne Gardner (*pro hac vice* to be submitted)
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-2098
*Counsel for Defendant*
*Bayhealth Medical Center, Inc.*

**COOCH AND TAYLOR, P.A.**

*/s/ Dean R. Roland*
Dean R. Roland (No. 6459)
R. Grant Dick IV (No. 5123)
The Brandywine Building
1000 North West St., Suite 1500
P.O. Box 1680
Wilmington, DE 19899-1680
(302) 984-3816
droland@coochtaylor.com
gdick@coochtaylor.com

Raina C. Borrelli (*pro hac vice*)
Cassandra Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com
cmiller@straussborrelli.com

Kenneth J. Grunfeld, Esq.*
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
grunfeld@kolawyers.com

**Pro hac vice forthcoming*

*Attorneys for Plaintiffs and Proposed Class*