UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON DUNLOP, ADAM BUDD, and LINDSAY BEILER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYHEALTH MEDICAL CENTER, INC.,<br><br>Defendant. | Case No. 1:24-cv-00946-GBW |

### JOINT STATUS REPORT, NOTICE OF SETTLEMENT, AND STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY

Plaintiffs Sally Cannon Dunlop, Adam Budd, and Lindsay Beiler, on behalf of themselves and all others similarly situated (collectively "Plaintiffs"), and Defendant Bayhealth Medical Center, Inc. ("Defendant") (together, the "Parties"), hereby jointly advise the Court of the status of this case pursuant to this Court's January 22, 2025 Order granting the Motion to Stay [Doc. 27] as follows:

1. Plaintiff Sally Cannon Dunlop initiated this matter by filing a Class Action Complaint on August 14, 2024 [Doc. 1]. An Amended Complaint was filed adding Plaintiff Adam Budd on August 28, 2024 [Doc. 8] and a Second Amended Complaint was filed adding Plaintiff Lindsay Beiler on November 27, 2024 [Doc. 21].

2. Defendant filed a Motion to Dismiss Plaintiffs' Second Amended Complaint on December 11, 2024 [Doc. 24-25].

3. On January 21, 2025, the Parties filed a Motion to Stay Proceedings Pending Mediation or, in the Alternative, for an Extension of Time to Respond to Defendant's Motion to

1

Dismiss [Doc. 27]. The Court approved the stay by Order dated January 22, 2025.

4. On February 21, 2025, this Honorable Court denied Defendant's Motion to Dismiss without prejudice to be re-filed once the stay was lifted [ECF 28].

5. On May 1, 2025, the Parties attended a mediation with Bennet G. Picker, Esquire of Stradley Ronon. Although the Parties did not reach a settlement at that time, they continued to negoiate toward a resolution of this matter.

6. The Parties have reached a settlement in principle and are now working diligently to negotiate the terms of the settlement agreement, including notices and claim form.

7. Plaintiffs anticipate filing a motion for preliminary approval of the class action settlement within forty-five (45) days of this filing.

Accordingly, the Parties request that the stay of this matter be extended by an additional forty-five (45) days, by which time Plaintiffs shall file a motion for preliminary approval or the Parties will provide a further joint status report.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties through their undersigned counsel, subject to the approval of the Court, as follows:

1. All proceedings and deadlines, except those pertaining to settlement, shall be stayed for forty-five (45) days, after which time Plaintiffs shall file a motion for preliminary approval or the Parties will provide a further joint status report.

| | |
|---|---|
| Dated: August 4, 2025 | Dated: August 4, 2025 |
| /s/ Dean R. Roland | /s/ Patrick M. Brannigan |
| Dean R. Roland (No. 6459) | PATRICK M. BRANNIGAN (#4778) |
| R. Grant Dick IV (No. 5123) | PAUL S. SEWARD (#6381) |
| **COOCH AND TAYLOR, P.A.** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
| 1000 North West St., Suite 1500 | 222 Delaware Avenue, Suite 700 |
| P.O. Box 1680 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1680 | Tel: (302) 574-7406 |
| (302) 984-3816 | |
| droland@coochtaylor.com | Paulyne Gardner (*pro hac vice*) |
| gdick@coochtaylor.com | **MULLEN COUGHLIN LLC** |
| | 426 W. Lancaster Avenue, Suite 200 |
| Cassandra Miller (*pro hac vice*) | Devon, PA 19333 |
| Raina C. Borrelli (*pro hac vice*) | (267) 930-2098 |
| **STRAUSS BORRELLI PLLC** | |
| 980 N. Michigan Avenue, Suite 1610 | *Counsel for Defendant Bayhealth Medical Center, Inc.* |
| Chicago, Illinois 60611 | |
| Telephone: (872) 263-1100 | |
| Facsimile: (872) 263-1109 | |
| raina@straussborrelli.com | |
| cmiller@straussborrelli.com | |

Kenneth J. Grunfeld, Esq. (*pro hac vice*)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
grunfeld@kolawyers.com

*Attorneys for Plaintiffs and Proposed Class*

        **SO ORDERED** this _____ day of _____ 2025.

        _____
        Judge Gregory B. Williams