# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **SALLY CANNON DUNLOP**, **ADAM BUDD**, and **LINDSAY BEILER,** *on behalf of themselves and all others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>**BAYHEALTH MEDICAL CENTER, INC.**,<br><br>    Defendant. | No. 1:24-cv-0946 GBW |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Sally Cannon Dunlop, Adam Budd, and Lindsay Beiler respectfully moves this Court unopposed for entry of the [Proposed] Preliminary Approval Order, which (i) certifies the settlement class (ii) grants preliminary approval of the proposed Settlement embodied in the Settlement Agreement and Release dated October 9, 2025 (the "Settlement Agreement"); and (iii) approves the form and content of the Notices, Notice Program, Claim Form, and Claims Process.

Date: October 10, 2025

                                        Respectfully submitted,

                                        **COOCH AND TAYLOR, P.A.**

                                        */s/ Dean R. Roland*
                                        Dean R. Roland (No. 6459)
                                        R. Grant Dick IV (No. 5123)
                                        1000 North West St., Suite 1500
                                        P.O. Box 1680
                                        Wilmington, DE 19899-1680
                                        (302) 984-3816
                                        droland@coochtaylor.com

        Raina C. Borrelli (*pro hac vice*)
        Cassandra Miller (*pro hac vice*)
        **STRAUSS BORRELLI PLLC**
        980 N. Michigan Avenue, Suite 1610
        Chicago, Illinois 60611
        T: (872) 263-1100
        F: (872) 263-1109
        raina@straussborrelli.com
        cmiller@straussborrelli.com

        Kenneth J. Grunfeld, Esq. *(pro hac vice)*
        **KOPELOWITZ OSTROW**
        **FERGUSON WEISELBERG GILBERT**
        One West Las Olas Blvd., Suite 500
        Fort Lauderdale, Florida 33301
        Telephone: (954) 525-4100
        grunfeld@kolawyers.com

        *Attorneys for Plaintiffs and Proposed Class*