## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON DUNLOP, ADAM BUDD, and LINDSAY BEILER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYHEALTH MEDICAL CENTER, INC.,<br><br>Defendant. | Case No. 1:24-cv-00946-GBW |

### JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Plaintiffs Sally Cannon Dunlop, Adam Budd, and Lindsay Beiler, on behalf of themselves and all others similarly situated (collectively "Plaintiffs"), and Defendant Bayhealth Medical Center, Inc. ("Defendant") (together, the "Parties"), hereby submit this stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii) and state as follows:

1. The Plaintiffs previously filed an Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support on October 10, 2025. (DIs 35 and 36, respectively).

2. The Unopposed Motion was withdrawn on October 15, 2025. (DI 37).

3. In course of processing the Settlement Class List in preparation for issuing Notice of the Settlement to the Class, the Parties determined that more than two-thirds of the putative class are Delaware residents and that the home state exception to jurisdiction under the Class Action Fairness Act applies. *See* 28 U.S.C. § 1332(d)(4)(B).

4. The Parties have mutually agreed that the appropriate remedy would be to dismiss

1

this action without prejudice, re-file this matter in Delaware state court, and file the Motion for Preliminary Approval in state court. The necessary class settlement approval process will then be conducted in that forum so as to ensure the court's proper jurisdiction over the Settlement.

Accordingly, Plaintiffs and Defendant stipulate and agree to dismiss this action, *without prejudice.* Each party shall bear its owns costs and attorney's fees.

|  | **Respectfully Submitted:** |
|---|---|
| Dated: October 15, 2025 | Dated: October 15, 2025 |
| /s/ *Dean R. Roland* | /s/ *Patrick M. Brannigan* |
| Dean R. Roland (No. 6459) | PATRICK M. BRANNIGAN (#4778) |
| R. Grant Dick IV (No. 5123) | PAUL S. SEWARD (#6381) |
| **COOCH AND TAYLOR, P.A.** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
| 1000 North West St., Suite 1500 | 222 Delaware Avenue, Suite 700 |
| P.O. Box 1680 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1680 | Tel: (302) 574-7406 |
| (302) 984-3816 | |
| droland@coochtaylor.com | Paulyne Gardner (*pro hac vice*) |
| gdick@coochtaylor.com | **MULLEN COUGHLIN LLC** |
|  | 426 W. Lancaster Avenue, Suite 200 |
| Cassandra Miller (*pro hac vice*) | Devon, PA 19333 |
| Raina C. Borrelli (*pro hac vice*) | (267) 930-2098 |
| **STRAUSS BORRELLI PLLC** | |
| 980 N. Michigan Avenue, Suite 1610 | *Counsel for Defendant Bayhealth Medical Center, Inc.* |
| Chicago, Illinois 60611 | |
| Telephone: (872) 263-1100 | |
| Facsimile: (872) 263-1109 | |
| raina@straussborrelli.com | |
| cmiller@straussborrelli.com | |

Kenneth J. Grunfeld, Esq. (*pro hac vice*)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
grunfeld@kolawyers.com

*Attorneys for Plaintiffs and Proposed Class*

SO ORDERED this 16th day of October 2025.

_____
Judge Gregory B. Williams